FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 SEP 22 PM 3:31

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEIL F. LETREN<br>105 E. Mill Ave.<br>Capital Heights, MD 20743<br><br>Individually and on<br>Behalf of a Class of<br>Persons Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>NASA Federal Credit Union<br>Serve: Douglas M. Allman<br>300 E Street, SW, Suite GC-21<br>Washington, DC 20024<br><br>And<br><br>Specialized Loan Servicing, LLC<br>Serve: National Regional Agents, Inc. of MD<br>351 West Camden St.<br>Baltimore, MD 21201<br><br>Defendants. | Civil Action No.: GJH-16-3226 |

## NOTICE OF REMOVAL

Defendant NASA Federal Credit Union ("NFCU"), by its attorneys FERGUSON, SCHETELICH & BALLEW, P.A. and Michael K. Hourigan, represents that this case is properly removable pursuant to 28 U.S.C. § 1441(a). As grounds for this representation, NFCU states as follows:

1. On June 22, 2016, Plaintiff Neil Letren, Individually and on Behalf of a Class of Persons Similarly Situated, commenced an action entitled *Neil F. Letren v. NASA Federal Credit Union, et al.* by

filing a Class Action Complaint in the Circuit Court for Prince George's County, Case Number CAL 16-27770. A copy of the Class Action Complaint is attached hereto as Exhibit "A".

2. This Court has jurisdiction over this civil action, pursuant to 28 U.S.C. § 1331, because this case arises under the Constitution, laws, or treaties of the United States. (*See* Exhibit A.)

3. Plaintiff's claims are based on the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, and the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §1691. Both acts are federal statutes, allowing removal based on federal question jurisdiction. 28 U.S.C. § 1441(a). To the extent that the Class Action Complaint asserts claims that do not involve the FCRA or the ECOA, this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

4. The undersigned counsel has confirmed with the Clerk of the Circuit Court for Prince George's County, Maryland, both by review of the Circuit Court's online docket and by telephone, that the Clerk has no document on file suggesting that any other Defendant in this case has been served.

5. Process in Case Number CAL 16-27770 was served on NFCU on August 23, 2016. This Notice of Removal is filed within the time limits specified in 28 U.S.C. § 1446(b).

6. A Notice of Filing, which is attached hereto as Exhibit "B", is being filed in the Circuit Court for Prince George's County contemporaneously with the submission of this Notice of Removal to this Court.

7. "[T]rue and legible copies of all process, pleadings, documents and orders which have been served" upon the Defendant and filed in the Circuit Court for Prince George's County are collectively attached hereto as Exhibit "A". Local Rule 103(5).

8. By filing this Notice, NFCU does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

9. Pursuant to 28 U.S.C. § 1446(d), this Notice shall effect removal and there shall be no further proceedings in the state court unless and until the case is remanded.

FERGUSON, SCHETELICH & BALLEW, P.A.

By: /s/
Michael K. Hourigan
Federal Bar ID No.: 25938
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201-2725
(410) 837-2200 (telephone)
(410) 837-1188 (facsimile)
mhourigan@fsb-law.com
*Attorneys for NFCU*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of September, 2016, the foregoing Notice of Removal was served by mailing a copy first class, postage pre-paid to:

Neil F. Letren
105 E. Mill Ave.
Capital Heights, MD 20743
*Pro Se Plaintiff*

Specialized Loan Servicing, LLC
Serve: National Regional Agents, Inc. of MD
351 West Camden St.
Baltimore, MD 21201
*Co-Defendant*

/s/
*Attorney for Defendant*