# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NEIL F. LETREN,** | ) | Case No. 8:16-cv-3226-GJH |
| | ) | |
| *Plaintiff*, | ) | |
| **v.** | ) | |
| | ) | |
| **NASA FEDERAL CREDIT** | ) | |
| **UNION,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Neil F. Letren, pro se, and Defendant, Specialized Loan Servicing, LLC, ("SLS"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that all calims against SLS are hereby dismissed with prejudice

March 21, 2017                              Respectfully Submitted,

*/s/ Neil F. Letren*
Neil F. Letren
105 E. Mill Road
Capital Heights, MD 20743
NeilLetren@msn.com
*Plaintiff Pro Se*

/s/ *Billy B. Ruhling, II*
Billy B. Ruhling, II (Fed. Bar. No. 17827)
**DiMuroGinsberg, P.C.**
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (Facsimile)
bruhling@dimuro.com
*Counsel for Specialized Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 20, 2017, a true and correct copy of the foregoing was filed with the Court via CM/ECF, which automatically serves the counsel of record electronically. In addition, a copy of the foregoing was sent this day to the following by U.S. Mail, postage pre-paid:

     Neil F. Letren
     105 E. Mill Road
     Capital Heights, MD 20743

     *Plaintiff Pro Se*

     /s/ *Billy B. Ruhling, II*
     Billy B. Ruhling, II (Fed. Bar. No. 17827)